FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 1 3 2023

KEVIN P. WEIMER, Clerk
By: TCC Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SEAN PATRICK CIRILLO

Criminal Action No.
1:23-MJ-962

## Government's Motion for Detention

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Lauren T. Macon, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    A crime of violence (18 U.S.C. § 3156);

    A serious risk that the defendant will flee.

2. **Reason for Detention**

    The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

3. **Rebuttable Presumption**

    The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the

defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: November 13, 2023.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6289

RYAN K. BUCHANAN
United States Attorney

*Lauren T. Macon*
LAUREN T. MACON
Assistant U.S. Attorney
Ga. Bar No. 763604

## Certificate of Service

I served this document today by handing a copy to defense counsel.

November 13, 2023

/s/ Lauren T. Macon
Lauren T. Macon
Assistant U.S. Attorney