U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 14 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2023R01017)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:  Fulton

DISTRICT COURT NO. **1:23CR-0365**

MAGISTRATE CASE NO.

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: November 14, 2023 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
SEAN PATRICK CIRILLO

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes    No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    Yes    X No

Will the defendant require an interpreter?    Yes    X No

District Judge:

Attorney:  Bret Reed Hobson
Defense Attorney: