U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 14 2023

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Sean Patrick Cirillo

**Agent to Arrest**

Indictment/Information

**1:23CR-0365**

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Bret Reed Hobson
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

**ISSUED AND DELIVERED TO U.S. MARSHAL**
11/14/2023
BY _____ DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94