U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV 16 2023
KEVIN P. WEIMER, Clerk
By: TCC Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A (With Counsel)

CRIMINAL NO. 1:23-CR-365

I, Sean Patrick Cirillo, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to count 1 thereof.

In Open Court this 16th day of November, 2023.

_____          _____
SIGNATURE (Defense Attorney)        SIGNATURE (Defendant)
Allison Dawson                      Sean Patrick Cirillo

INFORMATION BELOW MUST BE TYPED OR PRINTED

Federal Defender Program Inc.-Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
Phone: (404) 688-7530
Bar Number: _____

Phone: _____

Filed in Open Court by:
_Traci Clements Campbell_          _11/16/2023_
(Signature)                         Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12