IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>v.<br><br>SEAN PATRICK CIRILLO<br><br>　　Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:23-CR-365-VMC-JKL |

## **ORDER**

Counsel for Defendant Sean Patrick Cirillo has waived the pretrial conference scheduled in this case. No motions were filed. There are no other pending matters before the Magistrate Judge, and the undersigned is aware of no problems relating to the scheduling of this case for a change-of-plea hearing or trial.

IT IS THEREFORE ORDERED and ADJUDGED that this action be, and the same is hereby, declared Ready For Trial or plea.

IT IS SO ORDERED this 18th day of April, 2024.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE